| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 3 | DAVID L. DENIER (CSBN 95024)<br>Assistant United States Attorney |
| 4 | 9th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, CA 94102<br>Telephone: (415) 436-6888 |
| 6 | Fax: (415) 436-6748 |
| 7 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00252-RMW(PVT) |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER<br>CONTINUING INITIAL APPEARANCE |
| SHARLENE P. ABRAMS, | ) | |
| Defendant. | ) | |

IT IS HEREBY AGREED AND STIPULATED by and between counsel for the parties that the initial appearance presently set for May 8, 2008, at 9:30 a.m., before Magistrate Judge Patricia V. Trumbull, be continued to June 12, 2008, at 9:30 a.m. before Magistrate Judge Richard Seeborg.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 8, 2008                /s/ David L. Denier
                                  DAVID L. DENIER
                                  Attorneys for Plaintiff

Dated: May 7, 2008                /s/ William P. Keane
                                  WILLIAM P. KEANE
                                  Attorney for Defendant

IT IS SO ORDERED.

_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE