JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone: (415) 436-6888
  Fax: (415) 436-6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHARLENE P. ABRAMS, ) <br> ) <br> Defendant. ) <br> ) | No. CR-08-00252-RMW(PVT) <br><br> STIPULATION AND ORDER <u>CONTINUING INITIAL APPEARANCE</u> |

IT IS HEREBY AGREED AND STIPULATED by and between counsel for the parties that the initial appearance presently set for May 8, 2008, at 9:30 a.m., before Magistrate Judge Patricia V. Trumbull, be continued to June 12, 2008, at 9:30 a.m. before Magistrate Judge Richard Seeborg.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 8, 2008

/s/ David L. Denier
DAVID L. DENIER
Attorneys for Plaintiff

Dated: May 7, 2008

/s/ William P. Keane
WILLIAM P. KEANE
Attorney for Defendant

IT IS SO ORDERED.

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE
5/9/08