1  Douglas R. Young (State Bar No. 073248)
       dyoung@fbm.com
2  William P. Keane (State Bar No. 124756)
       wkeane@fbm.com
3  Amarra A. Lee (State Bar No. 245679)
       alee@fbm.com
4  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  Attorneys for Defendant
   SHARLENE P. ABRAMS

8

                    UNITED STATES DISTRICT COURT

9

                  NORTHERN DISTRICT OF CALIFORNIA

10

                        SAN JOSE DIVISION

11

12

   UNITED STATES OF AMERICA,              Case No.  CR-08-00252-RMW (PVT)

13

                Plaintiff,                NOTICE OF APPEARANCE

14

        vs.

15

   SHARLENE P. ABRAMS,

16

                Defendant.

17

18

19

20      TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

21      PLEASE TAKE NOTICE that the law firm of Farella Braun + Martel LLP is counsel of

22  record for defendant Sharlene P. Abrams in the above-captioned matter.  In addition to

23  William P. Keane, Douglas R. Young and Amarra A. Lee will also be appearing on behalf of

24  defendant Sharlene P. Abrams and hereby requests that all notices given or required to be

25

26  ///

27  ///

28  ///

NOTICE OF APPEARANCE
CR-08-00252-RMW (PVT)

23221\1610044.1

1   given, and all papers filed or served or required to be served in the above-captioned matter, be

2   provided to and served upon:

3                               William P. Keane, Esq.
                              Farella Braun + Martel LLP
4                               235 Montgomery Street, 17th Floor
                              San Francisco, CA 94104
5                               Tel: (415) 954-4400
                              Fax: (415) 954-4480
6                               E-mail:  wkeane@fbm.com

7

8
    Dated: June 10, 2008                    FARELLA BRAUN & MARTEL LLP
9

10

11                                          By:  /s/William P. Keane
                                               William P. Keane

12
                                            Attorneys for Defendant
13                                          SHARLENE P. ABRAMS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF APPEARANCE
CR-08-00252-RMW (PVT)                    - 2 -                    23221\1610044.1