1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
3  DAVID L. DENIER (CSBN 95024)
   Assistant United States Attorney
4   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
5   San Francisco, CA 94102
    Telephone:  (415) 436-6888
6   Fax:        (415) 436-6748

7  Attorneys for the United States of America

8              UNITED STATES DISTRICT COURT FOR THE

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,              )   No. CR-08-00252-RMW(RS)
                                          )
12         Plaintiff,                     )
                                          )   REQUEST FOR ORDER EXCLUDING
13    v.                                  )   TIME UNDER SPEEDY TRIAL ACT
                                          )
14 SHARLENE P. ABRAMS,                    )
                                          )
15         Defendant.                     )
   _____)

16

17         This matter came on for initial appearance and arraignment on June 12, 2008 at 9:30 a.m.

18 The matter was set for initial appearance before Judge Ronald M. Whyte on September 8, 2008

19 at 9:00 a.m.

20         The defendant is scheduled for surgery in July and, therefore, requested that the case be

21 set for initial appearance before Judge Whyte on September 8, 2008.  The defendant requests that

22 the time from June 12, 2008, through September 8, 2008, be excluded under the Speedy Trial

23 Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) because failure to do so would

24 unreasonably deny the defendant continuity of counsel and reasonable time necessary for

25 effective preparation, taking into account the exercise of due diligence.  The government concurs

26 in this request.

27

28 Dated: 6/16/08

                                              _____
                                              WILLIAM P. KEANE
                                              Attorney for Defendant

1
2
3
4  Dated: 6/16/08
5
6
7        IT IS SO ORDERED.
8
9  Dated: _____
10
11

JOSEPH P. RUSSONIELLO
United States Attorney

_____
DAVID L. DENIER
Assistant United States Attorney
Attorneys for Plaintiff


_____
RICHARD SEEBORG
United States Magistrate Judge