JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone: (415) 436-6888
 Fax: (415) 436-6748

Attorneys for the United States of America

FILED
JUN 16 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,
v.
SHARLENE P. ABRAMS,
   Defendant.

No. CR-08-00252-RMW(RS)

REQUEST FOR ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT

This matter came on for initial appearance and arraignment on June 12, 2008 at 9:30 a.m. The matter was set for initial appearance before Judge Ronald M. Whyte on September 8, 2008 at 9:00 a.m.

The defendant is scheduled for surgery in July and, therefore, requested that the case be set for initial appearance before Judge Whyte on September 8, 2008. The defendant requests that the time from June 12, 2008, through September 8, 2008, be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) because failure to do so would unreasonably deny the defendant continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government concurs in this request.

Dated: 6/16/08

WILLIAM P. KEANE
Attorney for Defendant

```
 1                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
 2
 3
 4   Dated: 6/16/08                         /s/ David L. Denier
 5                                          DAVID L. DENIER
                                            Assistant United States Attorney
 6                                          Attorneys for Plaintiff
 7          IT IS SO ORDERED.
 8
 9   Dated: 6/16/08                         /s/ Richard Seeborg
10                                          RICHARD SEEBORG
                                            United States Magistrate Judge
```