1   Douglas R. Young (State Bar No. 073248)
      dyoung@fbm.com
2   William P. Keane (State Bar No. 124756)
      wkeane@fbm.com
3   Jessica K. Nall (State Bar No. 215149)
      jnall@fbm.com
4   Amarra A. Lee (State Bar No. 245679)
      alee@fbm.com
5   Farella Braun & Martel LLP                          ***E-FILED - 1/29/09***
    235 Montgomery Street, 17th Floor
6   San Francisco, CA  94104
    Telephone:  (415) 954-4400
7   Facsimile:  (415) 954-4480

8   Attorneys for Defendant
    SHARLENE P. ABRAMS
9
10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,             Case No.  CR-08-00252-RMW (PVT)

15                Plaintiff,              **STIPULATION AND []
                                          ORDER CONTINUING STATUS
16        vs.                             CONFERENCE**

17  SHARLENE P. ABRAMS,                   January 20, 2009
                                          9:00 a.m.
18                Defendant.              Hon. Ronald M. Whyte
                                          Courtroom 6
19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor      STIPULATION CONTINUING STATUS
San Francisco, CA  94104               CONFERENCE - CR-08-00252-RMW (PVT)              23221\1809391.2
(415) 954-4400

1       Due to Defendant's scheduled cancer-related surgery on January 15, 2009, and to afford

2  sufficient time for defense discovery review, it is hereby stipulated and agreed by and between

3  counsel for the parties that the status conference set for January 20, 2009 at 9:00 a.m. is continued

4  to March 19, 2009 at 2:00 p.m., or such other date as shall be convenient for the Court.  The

5  parties agree that the time from January 20, 2009 through March 19, 2009, should be excluded

6  under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv), because failure

7  to do so would unreasonably deny Defendant continuity of counsel and reasonable time necessary

8  for effective preparation, taking into account the exercise of due diligence.

9

10  Dated: January 21, 2009                   FARELLA BRAUN & MARTEL LLP

11

12                                By:_____/s/_____
                                Jessica Nall

13                                  Attorneys for Defendant
                                SHARLENE P. ABRAMS

14  Dated: January 21, 2009

15

16                                  By:_____/s/_____
                                David Denier

17

18                                  ATTORNEYS FOR PLAINTIFF

19

20

21  IT IS SO ORDERED.

22       1/29/09

    _____            _____
23                 Dated                         Hon. Ronald M. Whyte
                                    UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION CONTINUING STATUS
CONFERENCE - CR-08-00252-RMW (PVT)      - 2 -                      23221\1809391.2