Douglas R. Young (State Bar No. 073248)
  dyoung@fbm.com
William P. Keane (State Bar No. 124756)
  wkeane@fbm.com
Jessica K. Nall (State Bar No. 215149)
  jnall@fbm.com
Amarra A. Lee (State Bar No. 245679)
  alee@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
SHARLENE P. ABRAMS

*E-FILED - 8/25/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>SHARLENE P. ABRAMS,<br><br>              Defendant. | Case No.  CR-08-00252-RMW (PVT)<br><br>**STIPULATION AND []**<br>**ORDER CONTINUING MOTION**<br>**HEARING**<br><br>August 24, 2009<br>9:00 a.m.<br>Hon. Ronald M. Whyte<br>Courtroom 6 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION CONTINUING MOTION
HEARING DATE- CR-08-00252-RMW (PVT)

23221\2005065.1

Due to increased efficiency and convenience to the parties in having the Motions Hearing on the same day as the Trial Setting Hearing, currently set for November 16, 2009*, it is hereby stipulated and agreed by and between counsel for the parties that the Motions Hearing set for August 24, 2009 at 9:00 a.m. is continued to November 16, 2009 at 9:00 a.m., or such other date as shall be convenient for the Court.  The parties agree that the time from August 24, 2009 through November 16, 2009, should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv), because failure to do so would unreasonably deny Defendant continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: July 31, 2009

FARELLA BRAUN & MARTEL LLP

By: _____/s/_____
    Jessica Nall

Attorneys for Defendant
SHARLENE P. ABRAMS

Dated: July 31, 2009

By: _____/s/_____
    David Denier

ATTORNEYS FOR PLAINTIFF

IT IS SO ORDERED.

8/25/09
Dated

_Ronald M. Whyte_
Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

*Please note that the Court will be unable on November 9, 2009.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION CONTINUING MOTION
HEARING DATE- CR-08-00252-RMW (PVT)

- 2 -

23221\2005065.1