Douglas R. Young (State Bar No. 073248)
dyoung@fbm.com
William P. Keane (State Bar No. 124756)
wkeane@fbm.com
Jessica K. Nall (State Bar No. 215149)
jnall@fbm.com
Amarra A. Lee (State Bar No. 245679)
alee@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
SHARLENE P. ABRAMS

*E-FILED - 12/11/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHARLENE P. ABRAMS,<br><br>Defendant. | Case No. CR-08-00252-RMW (PVT)<br><br>**STIPULATION AND []<br>ORDER CONTINUING MOTION<br>HEARING**<br><br>November 16, 2009<br>9:00 a.m.<br>Hon. Ronald M. Whyte<br>Courtroom 6 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION CONTINUING MOTION
HEARING DATE- CR-08-00252-RMW (PVT)

23221\2071590.1

1  Due to increased efficiency and convenience to the parties, it is hereby stipulated and
2  agreed by and between counsel for the parties that the Motions Hearing and Trial Setting Hearing,
3  both set for November 16, 2009 at 9:00 a.m. are continued to December 14, 2009 at 9:00 a.m., or
4  such other date as shall be convenient for the Court.  The parties agree that the time from
5  November 16, 2009 through December 14, 2009, should be excluded under the Speedy Trial Act,
6  pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv), because failure to do so would unreasonably
7  deny Defendant continuity of counsel and reasonable time necessary for effective preparation,
8  taking into account the exercise of due diligence.

9
10  Dated: October 15, 2009              FARELLA BRAUN & MARTEL LLP
11
12                                      By: /s/
                                            Jessica Nall
13                                      Attorneys for Defendant
                                        SHARLENE P. ABRAMS
14  Dated: October 15, 2009
15
16                                      By: /s/
                                            David Denier
17
18                                      ATTORNEYS FOR PLAINTIFF
19
20
21  IT IS SO ORDERED.
22  12/11/09                            *Ronald M. Whyte* (signature)
        Dated                           Hon. Ronald M. Whyte
23                                      UNITED STATES DISTRICT JUDGE
24
25
26
27
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION CONTINUING MOTION
HEARING DATE- CR-08-00252-RMW (PVT)     - 2 -                               23221\2071590.1