| | |
|---|---|
| Douglas R. Young (State Bar No. 073248) <br> dyoung@fbm.com <br> William P. Keane (State Bar No. 124756) <br> wkeane@fbm.com <br> Jessica Nall (State Bar No. 215149) <br> jnall@fbm.com <br> Farella Braun + Martel LLP <br> 235 Montgomery Street, 17th Floor <br> San Francisco, CA  94104 <br> Telephone:  (415) 954-4400 <br> Facsimile:  (415) 954-4480 <br><br> Attorneys for Defendant <br> SHARLENE P. ABRAMS | ***E-FILED - 9/9/10*** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHARLENE P. ABRAMS, <br><br> Defendant. | Case No.  CR-08-0252 RMW <br><br> **STIPULATION TO HEARING DATE** <br> & ORDER <br> Hearing Date: September 13, 2010 <br> Time: 9:00 a.m. <br> Courtroom: 6, 4th Floor <br> Hon. Ronald M. Whyte |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION TO HEARING DATE
Case No.  CR-08-0252 RMW

23221\2332009.2

1  WHEREAS, under Criminal L. R. 47-4, Plaintiff Untied States of America ("United States") and Defendant Sharlene P. Abrams ("Abrams"), through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, the United States filed its Indictment in this matter on April 17, 2008;

WHEREAS, on June 12, 2008, Abrams was arraigned as not guilty;

WHEREAS, on December 14, 2009, a date of October 12, 2010 was set for trial;

WHEREAS, the United States intends to file a Superseding Information in this matter;

WHEREAS, Abrams will then be re-arraigned as to the new Information. Thereafter, Abrams wishes to change her plea entered in this case pursuant to Fed. R. Crim. P. 11;

WHEREAS, the parties' attorneys are available to appear at a re-arraignment and change-of-plea hearing on September 13, 2010;

THEREFORE, the parties hereby STIPULATE, AND REQUEST THE COURT TO APPROVE a hearing date of September 13, 2010, at 9:00 a.m.. for re-arraignment and change of plea.

Dated: August 27, 2010                FARELLA BRAUN + MARTEL LLP

                                      By: /s/
                                          Jessica K. Nall

                                      Attorneys for Defendant
                                      SHARLENE P. ABRAMS

Dated: August 27, 2010                UNITED STATES ATTORNEY'S OFFICE

                                      By: /s/
                                          Thomas Newman

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO HEARING DATE
Case No. CR-08-0252 RMW                - 2 -                                23221\2332009.2

**] ORDER**

Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

A re-arraignment and Rule 11 change-of-plea hearing shall be set for September 13, 2010, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 9/9/10

*Ronald M. Whyte*
JUDGE OF THE DISTRICT COURT

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO HEARING DATE
Case No. CR-08-0252 RMW        - 3 -                                23221\2332009.2