Douglas R. Young (State Bar No. 073248)
dyoung@fbm.com
William P. Keane (State Bar No. 124756)
wkeane@fbm.com
Jessica K. Nall (State Bar No. 215149)
jnall@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
SHARLENE P. ABRAMS

*E-FILED - 1/10/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHARLENE P. ABRAMS,<br><br>Defendant. | Case No. CR-08-252-RMW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING;** \|xxxxxxxxxxxx<br>**ORDER GRANTING SAME**<br><br>Date: February 24, 2011<br>Time: 2:00 p.m.<br>Court: The Honorable Ronald M. Whyte |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO CONTINUE SENTENCING
HEARING / No. CR-08-252-RMW

23221\2475974.1

Under Criminal L.R. 32-2 and Criminal L.R. 47-4, Plaintiff United States of America ("United States") and Defendant Sharlene P. Abrams ("Ms. Abrams"), through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Ms. Abrams' sentencing hearing is currently set for January 10, 2011;

WHEREAS, the parties have agreed that good cause exists to postpone the sentencing hearing;

WHEREAS, Ms. Abrams' counsel has conferred with the Probation Officer in this case, Karen Mar, as well as with the Court's courtroom deputy regarding the Court's availability for rescheduling of the sentencing hearing to February 24, 2011, and both are available on that date;

THEREFORE, the parties hereby STIPULATE, AND REQUEST THE COURT TO APPROVE that the sentencing hearing in this matter be continued to February 24, 2011 at 2:00 p.m.

Respectfully submitted,

Dated: January 7, 2011

FARELLA BRAUN + MARTEL LLP

By: /s/
William P. Keane

Attorneys for Defendant
SHARLENE P. ABRAMS

Dated: January 7, 2011

UNITED STATES ATTORNEY'S OFFICE

By: /s/
Thomas Newman

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO CONTINUE SENTENCING HEARING / No. CR-08-252-RMW

- 2 -

23221\2475974.1

1   This matter comes before the Court on the parties' stipulation to continue the sentencing
2   hearing.
3   Having considered the parties' stipulation, as well as the pleadings and materials lodged in
4   this matter, the Court finds good cause and **GRANTS** the parties' request to continue the
5   sentencing hearing.
6   **IT IS HEREBY ORDERED** that the sentencing hearing in this matter is continued to
7   February 24, 2011, at 2:00 p.m.

9   **IT IS SO ORDERED**.
10  Dated: January 10, 2011

By: *Ronald M. Whyte*
JUDGE OF THE U.S. DISTRICT COURT